-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos.   11-cv-02990-WYD-KLM

12-cv-02927-WYD-KLM

SCOTT BURKE, on behalf of himself and others similarly situated, and ANTONIO COOK, on behalf of himself and others similarly situated,

       Plaintiffs,

v.

ALTA COLLEGES, INC., d/b/a/ Westwood College, a Delaware corporation,

       Defendant

_____

### Joint Notice of Settlement in Civil Action No. 12-cv-02927

PLEASE TAKE NOTICE that the Plaintiffs in case 12-cv-02927-WYD-KLM, Antonio Cook ("Cook") and Deneise Sinclair ("Sinclair"), and Defendant Alta Colleges, Inc. ("Alta Colleges") (Cook, Sinclair, and Alta Colleges collectively referred to as the "Parties") have reached a proposed settlement of case 12-cv-02927-WYD-KLM.

The Parties are currently preparing settlement documentation and will soon submit a joint motion for settlement approval and dismissal of the action, with prejudice, to the Court. In light of the settlement, the Parties respectfully request that the Court

terminate the inclusion of case 12-cv-02927-WYD-KLM in the pretrial conference scheduled in this matter for March 4, 2014. This settlement does not affect the need for the pretrial conference for case no. 11-cv-02990-WYD-KLM.

Respectfully submitted,

This 3${}^{rd}$ day of March, 2014.

/s/ Noah S. Finkel*  /s/ V. Severin Roberts
   Noah S. Finkel         V. Severin Roberts
**Counsel for Defendant**  **Counsel for Plaintiffs Antonio Cook and Deneise Sinclair**

* With express permission by VSR

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the Notice of Settlement with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 3rd of March, 2014.

                                                   s/ V. Severin Roberts
                                                 V. Severin Roberts
                                                 Georgia Bar No. 940504

BARRETT & FARAHANY, LLP
1100 Peachtree Street, N.E.
Suite 500
Atlanta, GA 30309