IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02927-WYD-KLM

ANTONIO COOK, on behalf of himself and others similarly situated,

    Plaintiff,

v.

ALTA COLLEGES, INC., d/b/a WESTWOOD COLLEGE, a Delaware Corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation to Dismiss (ECF No. 23).  After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that the Stipulation to Dismiss (ECF No. 23) is **APPROVED**.  This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney fees and costs, except as provided in the settlement agreement.

Dated:  April 4, 2014

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE